1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

GRANTED

*Judge Maria-Elena James*

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 BOARD OF TRUSTEES OF THE BAY AREA  )   NO. C 10 1033 MEJ
   ROOFERS, et al.,                   )
                                      )
11               Plaintiff,           )
              vs.                     )   NOTICE OF
12                                    )   VOLUNTARY DISMISSAL
   CENTURY ROOF AND SOLAR, INC., a    )
13 California corporation, doing      )
   business as NEW CENTURY ROOF TILE  )
14 INC., a NEW CENTURY ROOFING TILE   )
   Incorporated                       )
15                                    )
                 Defendant.           )
16 _____)

17        Notice is hereby given that plaintiff dismisses the above

18 entitled action without prejudice pursuant to Federal Rule of Civil

19 Procedure 41, and all dates relating to this case should be taken

20 be taken off the Court's calendar including the hearing a Case

21 Management Conference set for October 21, 2010 at 10:00 a.m. in

22 Courtroom No. B, 15th Floor, 450 Golden Gate Avenue, San Francisco,

23 CA.

24 Dated: October 18, 2010        ERSKINE & TULLEY

25
                                  By:/s/Michael J. Carroll
26                                   Michael J. Carroll
                                     Attorneys for Plaintiff
27

28
                    NOTICE OF VOLUNTARY DISMISSAL